IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, et al., | No. C 05-03845 CW |
|     Plaintiffs, | ORDER |
|   v. | |
| NATE HARRA, | |
|     Defendant. | |

Default having been entered by the Clerk on November 22, 2005,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for February 10, 2006, is continued to May 12, 2006, at 1:30 p.m..

Dated: 11/28/05

                                              /s/ Claudia Wilken
                                              CLAUDIA WILKEN
                                              United States District Judge

cc: Wings